UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>JOSE LUIS CEJA-LOPEZ a/k/a<br>HECTOR VIVANCO-RODRIGUEZ<br>a/k/a/ ERNANDO COVARRUVIAS<br>RODRIGUEZ,<br><br>    Defendant. | Case No. 1:13-cr-00067-BLW<br><br>**REPORT AND<br>RECOMMENDATION** |

On May 8, 2013, Defendant JOSE LUIS CEJA-LOPEZ appeared before the undersigned United States Magistrate Judge to enter a change of plea pursuant to a written plea agreement.  The Defendant executed a written waiver of the right to have the presiding United States District Judge take his change of plea.  Thereafter, the Court explained to the Defendant the nature of the charges contained in the Indictment (Dkt. 1), the maximum penalties applicable, his Constitutional rights, the impact that the Sentencing Guidelines will have, and that the District Judge will not be bound by the agreement of the parties as to the penalty to be imposed.

The Court, having conducted the change of plea hearing and having inquired of the Defendant, his counsel, and the government, finds that there is a factual basis for the Defendant's guilty plea, that he entered it voluntarily and with full knowledge of the

consequences, and that the plea should be accepted.  The undersigned also ordered a presentence investigation to be conducted and a report prepared by the United States Probation Office.

## RECOMMENDATION

Based upon the foregoing, the Court being otherwise fully advised in the premises, the Court **hereby RECOMMENDS that:**

1)      The District Court accept Defendant JOSE LUIS CEJA-LOPEZ's plea of guilty to Count One of the Indictment (Dkt. 1).

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED:      June 6, 2013

_____
Honorable Mikel H. Williams
United States Magistrate Judge